UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOSEPH N. PITTMAN,

                Plaintiff,

        -against-

MICHAEL CORBETT, Det., S.C.P.D., and JOHN DOES # 1-8.

                Defendants.
-------------------------------------------------------------------x

**ORDER**

18-CV-5236 (LDH)(AYS)

**ANNE Y. SHIELDS, Magistrate Judge:**

      Plaintiff Joseph Pittman, who is currently incarcerated at the Suffolk County Correctional Facility, brings this pro se action alleging that Suffolk County police officer Defendants violated his constitutional rights during and following an incident on August 8, 2018. The Court grants Plaintiff's request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The Clerk of Court is respectfully directed to issue a Summons for Detective Michael Corbett, and the United States Marshals Service is directed to serve the Summons and Complaint on this Defendant. The Clerk of Court shall send a copy of this Order and the Complaint to the Suffolk County Attorney and send a copy of this Order to plaintiff.

      Pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997) (per curiam), the Court requests that the Suffolk County Attorney ascertain the full names and service addresses of the John Doe Police Officers who participated in Plaintiff's arrest on August 8, 2019. The Suffolk County Attorney need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which Plaintiff may name and properly serve the defendants as instructed by the Second Circuit in Valentin.

The Suffolk County Attorney is hereby requested to produce the information specified above regarding the identity and service addresses of the John Doe officers within 30 days of the date of this Order. Once this information is provided, Plaintiff's Complaint shall be deemed amended to reflect the full names of the John Doe defendants, the Clerk of Court shall prepare Summonses for these defendants, and the United States Marshals Service is directed to serve the Summonses and the Complaint upon these Defendants without prepayment of fees.

**SO ORDERED:**

Dated: Central Islip, New York
June 25, 2019

/s/ Anne. Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge